# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER DISMISSING COMPLAINT** |
| | ) | |
| vs. | ) | |
| | ) | |
| Ronald Mendleski, | ) | Case No. 4:14-mj-237 |
| | ) | |
| Defendant. | ) | |

Before the court is a "Motion to Dismiss Complaint" filed by the Government on July 6, 2015. The court **GRANTS** the motion (Docket No. 12). The above-entitled action is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated this 7th day of July, 2015.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court